

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2019

No. 04-19-00631-CV

**IN THE INTEREST OF A.B.R., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02483
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record, which was due to be filed on September 23, 2019, has not been filed. The deputy clerk of this court contacted the court reporter on October 8, 2019 and advised her to either file the reporter's record or a notice of late record as soon as practicable. Neither has been filed. It is therefore ORDERED that the reporter's record must be filed in this appeal ***no later than ten (10) days*** from the date of this order. TEX. R. APP. P. 35.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk